### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
THE AMERICAN BOARD OF :
    ANESTHESIOLOGY, INC., : Case No: 3:03CV974 (CFD)
:
    Plaintiff, :
:
JOHN STEPHEN NAULTY, M.D., :
:
    Defendants. : OCTOBER 13, 2003
---------------------------------------------------x

### DEFENDANT'S MOTION BY CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 9(b), Defendant, John Stephen Naulty, M.D., hereby requests an extension of time up to and including November 24, 2003, in which to respond to Plaintiff's Complaint.

Defendant requests this extension of time in order to determine if Plaintiff has accepted his offer to resolve this case. On September 25, 2003, Defendant's counsel sent a written counteroffer to Plaintiff's counsel. Plaintiff's Board of Directors will be meeting on October 26, 2003 at which time it will evaluate Defendant's September 25, 2003 counteroffer. This meeting date is subsequent to the date that Defendant's responsive pleading is currently due – October 15, 2003. Accordingly, Defendant will not know if his counteroffer has been agreed to (in part or in full) until after his responsive pleading is due. Defendant is an individual with limited resources who desires to conserve these resources.

Further, if the parties are able to reach agreement, additional time will be required to document the settlement. If the parties are unable to reach agreement, Defendant will need time to prepare a responsive pleading, which is all likelihood will be a motion to

m:\docs\04839\001\753817.wpd

dismiss. If the parties are unable to resolve this matter on their own, it is also Defendant's intention to request that this case be referred to mediation with a Magistrate Judge.

Although this is Defendant's fourth request for an extension of time in which to respond to Plaintiff's Complaint, Defendant believes that during the time that the Court has extended the deadlines for responding to Plaintiff's Complaint, Plaintiff and Defendant have been diligent in their negotiations, have made several written offers to each other and have made progress in bringing this case closer to resolution.

Plaintiff consents to the granting of this motion. Plaintiff, however, does not wish its consent to this motion to be construed as consent to mediation of this matter.

For the foregoing reasons, Defendant respectfully requests that the Court grant an extension of time to and including November 24, 2003, in which to respond to Plaintiff's Complaint.

DEFENDANT,
JOHN STEPHEN NAULTY, M.D.

By: _____
Carolyn W. Kone, Esq. (ct06207)
Brenner, Saltzman & Wallman LLP
His Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Telephone: (203) 772-2600
Fax: (203) 562-2098

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 14t[th] day of October 2003 upon:

Charles L. Howard, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

*Carolyn W. Kone*
Carolyn W. Kone, Esq.