

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

———————————————————————x
                               :

THE AMERICAN BOARD OF  
    ANESTHESIOLOGY, INC.,          :    Case No: 3:03CV974 (CFD)

           Plaintiff,         :

JOHN STEPHEN NAULTY, M.D.,     :

           Defendants.     :    OCTOBER 13, 2003
———————————————————————x

## DEFENDANT'S MOTION BY CONSENT FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 9(b), Defendant, John Stephen Naulty, M.D., hereby requests an extension of time up to and including November 24, 2003, in which to respond to Plaintiff's Complaint.

Defendant requests this extension of time in order to determine if Plaintiff has accepted his offer to resolve this case. On September 25, 2003, Defendant's counsel sent a written counteroffer to Plaintiff's counsel. Plaintiff's Board of Directors will be meeting on October 26, 2003 at which time it will evaluate Defendant's September 25, 2003 counteroffer. This meeting date is subsequent to the date that Defendant's responsive pleading is currently due -- October 15, 2003. Accordingly, Defendant will not know if his counteroffer has been agreed to (in part or in full) until after his responsive pleading is due. Defendant is an individual with limited resources who desires to conserve these resources.

Further, if the parties are able to reach agreement, additional time will be required to document the settlement. If the parties are unable to reach agreement, Defendant will need time to prepare a responsive pleading, which is all likelihood will be a motion to

m:\docs\04839\001\753817.wpd