UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2003 NOV 17 P 4: 03

US DISTRICT COURT
HARTFORD CT

THE AMERICAN BOARD OF
    ANESTHESIOLOGY, INC.,

           Plaintiff,

JOHN STEPHEN NAULTY, M.D.,

           Defendant.

Case No.: 3:03CV974 (CFD)

NOVEMBER 14, 2003

### DEFENDANT'S MOTION FOR A SETTLEMENT CONFERENCE

Pursuant to Fed. R. Civ. P. 16 and Local Rule of Civil Procedure 11(c), Defendant, John Stephen Naulty, M.D., hereby moves that a settlement conference be scheduled before Magistrate Judge William I. Garfinkel.

In support of this motion, Defendant represents as follows:

1.    This action was commenced by means of a Verified Complaint in which Plaintiff alleges that Defendant misrepresented to Yale University School of Medicine and the Yale Medicial Group, his employer, that he is certified by Plaintiff in the subspecialty of pain medicine. The parties do not dispute that Dr. Naulty is certified by Plaintiff in the specialty of anesthesiology. Plaintiff seeks injunctive relief, damages and attorney's fees.

2.    Since early July 2003, the parties have been engaged in negotiations to try to resolve this case. The resolution of this case involves a number of sensitive nonmonetary issues as well as monetary issues.

3.    This week, it became apparent that despite efforts by both parties to settle this case, the parties are unable to resolve this matter on their own. Accordingly, Defendant requests that the Court schedule a settlement conference before Magistrate Judge William I. Garfinkel.

767767.DOC                    1

WHEREFORE, Defendant requests that a settlement conference be conducted as soon as possible before the parties undertake significant discovery or motion practice.

DEFENDANT,

JOHN STEPHEN NAULTY, M.D.

By: _____
Carolyn W. Kone, Esq. (ct06207)
Brenner, Saltzman & Wallman LLP
His Attorneys
271 Whitney Avenue
P.O. Box 1746
New Haven, CT 06507-1746
Telephone: (203) 772-2600
Fax: (203) 562-2098

## **CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 14th day of November, 2003 upon:

Charles L. Howard, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103

_____
Carolyn W. Kone, Esq.