UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE AMERICAN BOARD OF ANESTHESIOLOGY, INC. : | | |
| Plaintiff : | | Civil Action No. 303CV974(CFD) |
| v. : | | |
| JOHN STEPHEN NAULTY, M.D. : | | |
| Defendant : | | November 21, 2003 |

### DEFENDANT'S MOTION TO DISMISS

Defendant, John Stephen Naulty, M.D., hereby moves pursuant to FED. R. CIV. P. 12(b)(1) to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction, because Plaintiff's claims are moot as the alleged infringing conduct has ceased and is not reasonably likely to reoccur. Plaintiff also moves pursuant to FED. R. CIV. P. 12(b)(6) to dismiss Plaintiff's Complaint on the grounds that Plaintiff's Complaint fails to allege any cause of action under the Lanham Act, 15 U.S.C. §§ 1125(a) and (c).

In support of his motion, Defendant submits a Memorandum of Law and an affidavit.

Respectfully submitted,

DEFENDANT,
JOHN STEPHEN NAULTY, M.D.

By: /s/ Carolyn W. Kone
    Carolyn W. Kone (ct06207)
    BRENNER, SALTZMAN & WALLMAN LLP
    271 Whitney Avenue
    New Haven, CT 06511
    Tel. (203) 772-2600

**ORAL ARGUMENT IS REQUESTED**

771024.DOC

## CERTIFICATE OF SERVICE

      This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 21st day of November, 2003, upon:

Charles L. Howard, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

                                        /s/ Carolyn W. Kone
                                        Carolyn W. Kone, Esq.