UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE AMERICAN BOARD OF ANESTHESIOLOGY, INC. : | | |
| Plaintiff : | | Civil Action No. 303CV974(CFD) |
| : | | |
| v. : | | |
| : | | |
| JOHN STEPHEN NAULTY, M.D. : | | |
| Defendant : | | November 21, 2003 |

## AFFIDAVIT OF JOHN STEPHEN NAULTY, M.D.

I, John Stephen Naulty, M.D., having been duly sworn, do hereby depose and say:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am making this affidavit based upon my personal knowledge.

3. I am a resident of Connecticut and have been so since at least September 1999.

4. I am a physician licensed to practice medicine in the State of Connecticut.

5. I am certified by the American Board of Anesthesiology, Inc. in anesthesiology.

6. I was employed by Yale University School of Medicine.  I am no longer so employed.

7. During the second half of 2000, all of 2001 and 2002 and a portion of 2003, I was employed by Yale University as an anesthesiologist.  This position did not involve practicing in the areas of pain medicine or pain management, (although an as anesthesiologist, I did perform routine procedures to manage pain, e.g., injecting epidural steroids, etc.)

770232.DOC

8. I have no intention of practicing in the areas of pain medicine and pain management at any time in the future, although I will continue to perform procedures that all anesthesiologists routinely perform, as described in Paragraph 7 above.

9. I have no intention of representing to anyone that I am certified by The American Board of Anesthesiology in the subspecialties of pain medicine or pain management at any time in the future.

10. I have never represented to a patient or a potential patient that I am certified in the subspecialties of pain medicine or pain management.

11. I have no documents in my possession that state or imply that I am Board certified by The American Board of Anesthesiology, Inc. in the subspecialty of pain medicine or pain management.

12. It is not my intention to engage in any unauthorized use of the registered certification mark of The American Board of Anesthesiology, Inc.

Dated at _____, Connecticut, this _____ day of November, 2003.

      /s/ John Stephen Naulty
      John Stephen Naulty, M.D.

Subscribed and sworn to before me
This _____ day of November, 2003

_____
Commissioner of the Superior Court
Notary Public
My commission expires: _____

770232.DOC