UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE AMERICAN BOARD OF ANESTHESIOLOGY INC., | : :  |
| Plaintiff, | : : |
| v. | : Civil Action No. 3:03:CV974 (CFD) |
|  | : |
| JOHN STEPHEN NAULTY, M.D., | : : |
| Defendant. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending: (orefm.)

____  A ruling on the following motions which are currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following: (orefmisc./cnf)

____  Other: (orefmisc./misc) _____

SO ORDERED this 2nd day of December, 2003 at Hartford, Connecticut.

                                                          /s/ CFD
                                                        Christopher F. Droney
                                                        United States District Judge