UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN BOARD OF ANESTHESIOLOGY, INC. | : | CIVIL ACTION NO. 3:03 CV 974(CFD) |
| Plaintiff, | : | |
| v. | : | |
| JOHN STEPHEN NAULTY, M.D. | : | |
| Defendant. | : | NOVEMBER 24, 2003 |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR A SETTLEMENT CONFERENCE

Pursuant to Local Rule 7(a) and 16(c), plaintiff, the American Board of Anesthesiology, Inc. (the "ABA" or the "Board"), hereby submits its opposition to Defendant's Motion For A Settlement Conference. In support of this Opposition, the ABA represents as follows:

1.  The ABA is the source of professional certification for physicians practicing in the field of anesthesiology, including for subspecialty certification in the subspecialty of pain medicine. In conjunction with its certification processes, the ABA uses its certification mark THE AMERICAN BOARD OF ANESTHESIOLOGY®. By Verified Complaint dated June 2, 2003, the ABA brought this action against plaintiff, John Stephen Naulty, M.D. ("Dr. Naulty"), based on Dr. Naulty's unlawful acts of unfair competition, false advertising and false designation of origin of the ABA's registered certification mark in the course of his efforts to deceive and mislead others into believing that he has been certified by the ABA in the subspecialty of pain medicine.

2. The parties have engaged in negotiations since the action was commenced in an effort to resolve the matter without resort to adjudication by the Court. In the course of these negotiations, the ABA communicated to Dr. Naulty certain fundamental terms to which the parties must agree in order for settlement to occur. To date, Dr. Naulty has rejected such terms.

3. The ABA has in good faith attempted to resolve this matter through settlement since June 2003. Because no likelihood of settlement exists due to Dr. Naulty's rejection of the ABA's fundamental terms for settlement, however, the ABA believes that a settlement conference would not likely be productive at this juncture, and therefore would not be a useful expenditure of the Court's resources.

WHEREFORE, the ABA requests that the Court decline to schedule a settlement conference at this time.

PLAINTIFF,
AMERICAN BOARD OF ANESTHESIOLOGY, INC.

By _/s/ Karen T. Staib_
Charles L. Howard
Fed. Bar No. ct05366
Karen T. Staib
Fed. Bar No. ct21119
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5699
E-mail: choward@goodwin.com
E-mail: kstaib@goodwin.com
Its Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 24th day of November 2003, a copy of the foregoing Defendant's Opposition to Plaintiff's Motion For A Settlement Conference was served via U.S. mail, postage prepaid, to:

>Carolyn W. Kone
>Kenneth Rosenthal
>Brenner, Saltzman & Wallman
>271 Whitney Avenue
>New Haven, CT 06511

/Karen T. Staib/
Karen T. Staib

358637 v.01 S1