UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

THE AMERICAN BOARD OF
ANESTHESIOLOGY, INC.,

2003 DEC 23  P 1: 01
Case No: 3:03CV974 (CFD)
U.S. DISTRICT COURT
HARTFORD, CT.

Plaintiff,

JOHN STEPHEN NAULTY, M.D.,

Defendant.     :     DECEMBER 19, 2003

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME AND FOR A STAY OF PROCEEDINGS PENDING SETTLEMENT CONFERENCE

Pursuant to Fed. R. Civ. P. 9(B), Defendant, John Stephen Naulty, M.D., hereby moves for an extension of time to file his reply memorandum in support of his motion to dismiss and for a stay of proceedings in this matter until the Court ordered settlement conference before Magistrate Judge Thomas P. Smith is held.

In support of this motion, Defendant represents as follows:

1.      This action alleges violations of the Lanham Act based upon claims that Defendant misrepresented to Yale University School of Medicine and the Yale Medical Group, his former employer, that he is certified by Plaintiff in the subspecialty of pain medicine.

2.      On November 14, 2003, Defendant filed a Motion for A Settlement Conference, This motion was granted, and this case has been referred to Magistrate Judge Thomas P. Smith for a settlement conference.

3.      The undersigned has spoken to Magistrate Judge Smith's chambers and has been advised that a settlement conference in this matter will be scheduled some time in February or March 2004.

4. The Defendant does not wish to incur any additional legal expenses in this matter before the settlement conference is held. The Defendant's resources are very limited, and he wishes to conserve them for the settlement of this matter.

5. Defendant has filed a Motion to Dismiss this case. Defendant filed a Motion to Dismiss, when he did, because the Court had issued a ruling that no further extensions would be granted to Defendant to plead to Plaintiff's Complaint. Defendant suggested to Plaintiff that Plaintiff request an extension of time to file its opposition to Defendant's Motion to Dismiss until after the settlement conference is held, which suggestion Plaintiff declined.

6. Plaintiff has filed a memorandum in opposition to Defendant's Motion to Dismiss, and Defendant's reply memorandum is currently due on December 29, 2003.

7. Defendant is requesting an extension of time to file his reply memorandum until ten (10) days after the settlement conference is held in this case. Defendant is further requesting that all proceedings in this case be stayed until after the Settlement Conference is held.

8. Because of the holiday season, it will be very difficult to respond to Plaintiff's reply memorandum by December 29, 2003.

9. This is Defendant's first request for an extension of time to file a reply memorandum.

10. Plaintiff's counsel has indicated in previous correspondence that Plaintiff would oppose any request for an extension of time to file a reply memorandum filed by Defendant.

WHEREFORE, Defendant requests that this motion be granted.

                                        DEFENDANT,
                                        JOHN STEPHEN NAULTY, M.D.

By: *[signature]*
                                        Carolyn W. Kone, Esq. (ct06207)
                                        Brenner, Saltzman & Wallman LLP
                                        His Attorneys
                                        271 Whitney Avenue
                                        P.O. Box 1746
                                        New Haven, CT 06507-1746
                                        Telephone: (203) 772-2600

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 22nd day of December 2003 upon:

Charles L. Howard, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103

_____
Carolyn W. Kone, Esq.