UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE AMERICAN BOARD OF
   ANESTHESIOLOGY, INC.,

               Plaintiff,

JOHN STEPHEN NAULTY, M.D.,

               Defendant.

FILED
2003 DEC 23 P 1:01
Case No: 3:03CV974 (CFD)
U.S. DISTRICT COURT
HARTFORD, CT.

DECEMBER 19, 2003

*[Handwritten margin notes: "The reply memo shall be filed by 1/19/03. So ordered." and "Granted, as modified. February 28, 2004."]*

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME AND FOR A STAY OF PROCEEDINGS PENDING SETTLEMENT CONFERENCE

Pursuant to Fed. R. Civ. P. 9(B), Defendant, John Stephen Naulty, M.D., hereby moves for an extension of time to file his reply memorandum in support of his motion to dismiss and for a stay of proceedings in this matter until the Court ordered settlement conference before Magistrate Judge Thomas P. Smith is held.

In support of this motion, Defendant represents as follows:

1. This action alleges violations of the Lanham Act based upon claims that Defendant misrepresented to Yale University School of Medicine and the Yale Medical Group, his former employer, that he is certified by Plaintiff in the subspecialty of pain medicine.

2. On November 14, 2003, Defendant filed a Motion for A Settlement Conference, This motion was granted, and this case has been referred to Magistrate Judge Thomas P. Smith for a settlement conference.

3. The undersigned has spoken to Magistrate Judge Smith's chambers and has been advised that a settlement conference in this matter will be scheduled some time in February or March 2004.