UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN BOARD OF ANESTHESIOLOGY, INC. | : CIVIL ACTION NO.<br>: 3 0 3 C V 9 7 4<br>: |
| Plaintiff, | : |
| v. | : |
| JOHN STEPHEN NAULTY, M.D. | : |
| Defendant. | : JUNE 2, 2003 |

**MOTION FOR PRELIMINARY INJUNCTION
AND APPLICATION FOR AN ORDER TO SHOW CAUSE**

The plaintiff, the American Board of Anesthesiology, Inc. (the "ABA"), hereby moves pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a preliminary injunction in accordance with the request for relief in its Verified Complaint. Specifically, the ABA seeks an order restraining the defendant and his partners, officers, agents, representatives, servants, employees, attorneys, and all other persons or entities acting on or in active concert or participation with him who receive actual notice of such order and/or judgment by personal service or otherwise, from contributing to, causing or abetting any of the following actions:

(a) Directly or indirectly using or infringing upon the ABA's certification marks;

(b) Engaging in any acts or activities directly or indirectly calculated to trade upon the ABA certification marks, or the reputation and goodwill of the ABA, or which in any manner competes unfairly with the ABA; and

(c) Making any representation, including any use of brochures, letterhead, business cards or other written information indicating or implying that the Defendant is Board certified by the ABA in the subspecialty of pain medicine.

ORAL ARGUMENT REQUESTED

*[Handwritten marginalia: Denied without prejudice. So ordered. CFD 1/29/04]*