UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| THE AMERICAN BOARD OF ANESTHESIOLOGY, INC., | : : : | Case No: 3:03CV974 (CFD) |
| Plaintiff, | : : | |
| JOHN STEPHEN NAULTY, M.D., | : : | |
| Defendant. | : : | FEBRUARY 10, 2004 |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 9(B), Defendant, John Stephen Naulty, M.D., hereby moves for an extension of time to file his reply memorandum in support of his motion to dismiss until ten (10) business days after the Court ordered settlement conference before Magistrate Judge Thomas P. Smith is held. The settlement conference has been scheduled for March 25, 2004. Defendant's reply memorandum is currently due on February 27, 2004. Defendant therefore seeks an extension of time until April 8, 2004 to file his reply memorandum.

In support of this motion, Defendant represents as follows:

1.   This action alleges violations of the Lanham Act based upon claims that Defendant misrepresented to Yale University School of Medicine and the Yale Medical Group, his former employer, that he is certified by Plaintiff in the subspecialty of pain medicine.

2.   On November 14, 2003, Defendant filed a Motion for A Settlement Conference, This motion was granted, and this case has been referred to Magistrate Judge Thomas P. Smith for a settlement conference.

3.   Yesterday, the undersigned learned that a settlement conference in this matter has been scheduled for March 25, 2004.

4.	Defendant does not wish to incur any additional legal expenses in this matter before the settlement conference is held. Defendant's resources are very limited, and he wishes to conserve them for the settlement of this matter.

5.	Defendant has filed a Motion to Dismiss this case. Defendant filed a Motion to Dismiss, when he did, because the Court had issued a ruling that no further extensions would be granted to Defendant to plead to Plaintiff's Complaint. Defendant suggested to Plaintiff that Plaintiff request an extension of time to file its opposition to Defendant's Motion to Dismiss until after the settlement conference is held, which suggestion Plaintiff declined.

6.	Plaintiff filed a memorandum in opposition to Defendant's Motion to Dismiss, and as stated above, Defendant's reply memorandum is currently due on February 27, 2004.

7.	Defendant is requesting an extension of time to file his reply memorandum until ten (10) days after the settlement conference is held in this case, which date is April 8, 2004.

8.	This is Defendant's second request for an extension of time to file a reply memorandum.

9.	The undersigned has attempted to contact Plaintiff's counsel to determine Plaintiff's position with respect to this motion but has been unable to reach Plaintiff's counsel. However, Plaintiff's counsel has indicated in previous correspondence that Plaintiff would oppose any request for an extension of time to file a reply memorandum filed by Defendant.

WHEREFORE, Defendant requests that this motion be granted.

                                    DEFENDANT,
                                    JOHN STEPHEN NAULTY, M.D.

By:      /s/ Carolyn W. Kone  .
            Carolyn W. Kone, Esq. (ct06207)
            Brenner, Saltzman & Wallman LLP
            His Attorneys
            271 Whitney Avenue
            P.O. Box 1746
            New Haven, CT 06507-1746
            Telephone: (203) 772-2600

## CERTIFICATE OF SERVICE

      This is to certify that a true and accurate copy of the foregoing was served by United States first-class mail, postage prepaid, this 10th day of February 2004 upon:

Charles L. Howard, Esq.
Karen T. Staib, Esq.
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103

                                                              /s/ Carolyn W. Kone
                                                              Carolyn W. Kone, Esq.