

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| THE AMERICAN BOARD OF ANESTHESIOLOGY, INC., | Case No: 3:03CV974 (CFD) |
| Plaintiff, | |
| JOHN STEPHEN NAULTY, M.D., | |
| Defendant. | FEBRUARY 10, 2004 |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 9(B), Defendant, John Stephen Naulty, M.D., hereby moves for an extension of time to file his reply memorandum in support of his motion to dismiss until ten (10) business days after the Court ordered settlement conference before Magistrate Judge Thomas P. Smith is held. The settlement conference has been scheduled for March 25, 2004. Defendant's reply memorandum is currently due on February 27, 2004. Defendant therefore seeks an extension of time until April 8, 2004 to file his reply memorandum.

In support of this motion, Defendant represents as follows:

1. This action alleges violations of the Lanham Act based upon claims that Defendant misrepresented to Yale University School of Medicine and the Yale Medical Group, his former employer, that he is certified by Plaintiff in the subspecialty of pain medicine.

2. On November 14, 2003, Defendant filed a Motion for A Settlement Conference. This motion was granted, and this case has been referred to Magistrate Judge Thomas P. Smith for a settlement conference.

3. Yesterday, the undersigned learned that a settlement conference in this matter has been scheduled for March 25, 2004.

*GRANTED. It is so ordered.*
*Christopher F. Droney, U.S.D.J.*
*Hartford, CT 2/17/04*