UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ABA,

    -Plaintiff

    -v-                        CIVIL 3: 03 CV 974 (CFD)

NAULTY,

    -Defendant

### ORDER

A settlement conference was held in this case today.  The case has been settled with prejudice and without costs.  The parties shall file the appropriate papers within 30 days.

Dated at Hartford, Connecticut, this **25ᵗʰ** day of March, 2004

_____
Thomas P. Smith
United States Magistrate Judge