UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN BOARD OF ANESTHESIOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN STEPHEN NAULTY, M.D.<br><br>Defendant. | : CIVIL ACTION NO.<br>: 3:03 CV 974(CFD)<br>:<br>:<br>:<br>:<br>:<br>: APRIL 22, 2004 |

## MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the plaintiff, the American Board of Anesthesiology, Inc. (the "ABA"), respectfully moves this Court, on consent of the defendant, for an extension of the April 24, 2004 deadline by which the parties must finalize and file an appropriate notice of dismissal with the Court, by 13 days, up to and including May 7, 2004.

Good cause exists for the granting of this limited extension of time, because the parties require this additional time to finalize the settlement of this action, which terms were initially established at the settlement conference conducted by the Honorable Thomas P. Smith on March 25, 2004.

This is the first request made by a party relating to this deadline. The undersigned counsel has spoken to Attorney Carolyn Kone, counsel for the defendant, who indicated that the defendant consents to the filing of this Motion.

ORAL ARGUMENT NOT REQUESTED

*[Handwritten annotations: "Granted. So ordered. 4/23/04"]*