UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -6  P 2: 50
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AMERICAN BOARD OF ANESTHESIOLOGY, INC. | : CIVIL ACTION NO. : 3:03CV974(CFD) |
| Plaintiff, | : |
| v. | : |
| JOHN STEPHEN NAULTY, M.D. | : |
| Defendant. | : MAY 6, 2004 |

### MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the plaintiff, the American Board of Anesthesiology, Inc. (the "ABA"), respectfully moves this Court, on consent of the defendant, for an extension of the May 7, 2004 deadline by which the parties must finalize and file an appropriate notice of dismissal with the Court, by 14 days, up to and including May 21, 2004.

Good cause exists for the granting of this limited extension of time. The terms for settlement of this action initially were established at the settlement conference conducted by the Honorable Thomas P. Smith on March 25, 2004. The parties have been working diligently to finalize the settlement of this action, since that time, but require this limited, additional extension of time in order to complete that process.

This is the second request made by a party relating to this deadline. The undersigned counsel has spoken to Attorney Carolyn Kone, counsel for the defendant, who indicated that the defendant consents to the filing of this Motion.

ORAL ARGUMENT NOT REQUESTED

**WHEREFORE**, the ABA respectfully requests an extension of the May 7, 2004 deadline by which the parties must finalize and file an appropriate notice of dismissal with the Court, by 14 days, up to and including May 21, 2004.

PLAINTIFF,
AMERICAN BOARD OF ANESTHESIOLOGY, INC.

By /s/ Karen T. Staib
Charles L. Howard
Fed. Bar No. ct05366
Karen T. Staib
Fed. Bar No. ct21119
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5699
E-mail: choward@goodwin.com
E-mail: kstaib@goodwin.com
Its Attorneys

## CERTIFICATION OF SERVICE

This is to certify that on this 6th day of May 2004, a copy of the foregoing Motion, On Consent, for Extension of Time was served via U.S. mail, postage prepaid, to:

>Carolyn W. Kone
>Kenneth Rosenthal
>Brenner, Saltzman & Wallman
>271 Whitney Avenue
>New Haven, CT 06511

_____
Karen T. Staib

371282 v.01