UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN BOARD OF ANESTHESIOLOGY, INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN STEPHEN NAULTY, M.D.<br><br>Defendant. | : CIVIL ACTION NO.<br>: 3:03 CV 974(CFD)<br>:<br>:<br>:<br>:<br>:<br>: MAY 24, 2004 |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff, the American Board of Anesthesiology, Inc., hereby submits this notice of dismissal of this action with prejudice, with no costs or fees to be awarded to either side. The defendant has not filed either an answer or a motion for summary judgment.

PLAINTIFF,
AMERICAN BOARD OF ANESTHESIOLOGY, INC.

By /s/ Karen T. Staib
Charles L. Howard
Fed. Bar No. ct05366
Karen T. Staib
Fed. Bar No. ct21119
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5699
E-mail: choward@goodwin.com
E-mail: kstaib@goodwin.com
Its Attorneys

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT